**No. 67357.**—J. P. Stevens & Co., Inc. *v.* United States, protest 240900–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon textile similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.